**Order entered October 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01459-CR

**REYNALDO PALOMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1575896-K**

## ORDER

Before the Court is appellant Reynaldo Palomo's October 16, 2017 "Motion for Extension of Time to File Reply Brief." This case is set for submission on November 15, 2017. Appellant requests an extension of time from September 4, 2017, to October 16, 2017, to file his reply brief.

We **GRANT** appellant's October 16, 2017 motion to extend time for filing his reply brief and **ORDER** the reply brief tendered to the Clerk of the Court contemporaneously with that motion filed as of the date of this order.

/s/    DOUGLAS S. LANG
       PRESIDING JUSTICE